UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Fax: (201) 488-5788
Russell L. Low, Esq. No. 4745
Attorney for the Debtor(s)

In Re:

Maira Zepeda

Case No.: __18-28513__

Judge: __SLM__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

❑ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☑ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❑ Motion for Relief from the Automatic Stay filed

    by _____, creditor,

A hearing has been scheduled for _____, at _____m.

OR

☑ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for __06/12/19__, at __10:00 a.__m.

❑ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❏ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

❏ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☑ Other **(explain your answer)**:

An amended chapter 13 plan has been filed surrendering the 2016 Toyota Highlander for full satisfaction. I will be splitting my daughter's monthly tuition with my ex-spouse and my portion will be $560.00 as indicated on the amended schedules I and J that have been filed. I will be able to provide proof of the same at the end of June.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2019 _____

*Maira Zepeda*
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*