Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28513−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maira Zepeda
  5808 Washington St., Apt 205
  West New York, NJ 07093

Social Security No.:
  xxx−xx−0620

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 29, 2018.

On 5/10/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:            June 12, 2019
Time:            08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 13, 2019
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-28513-SLM
Maira Zepeda                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: May 13, 2019
                             Form ID: 185             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db            +Maira Zepeda,   5808 Washington St., Apt 205,   West New York, NJ 07093-1581
517759331     +1ST CRD SRVC,   377 HOES LANE,   PISCATAWAY, NJ 08854-4138
517759332     +CLLCN BUREAU OF THE HU,   155 NORTH PLANK RD,   NEWBURGH, NY 12550-1747
517805814      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517759338     +Englwood Laparoscopic & Bariatri,   PO Box 8157,   Englewood, NJ 07631-8157
517759339     +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
517811057     +Ford Motor Credit Company,   Attn: Morgan Bornstein & Morgan,   1236 Brace Rd. Ste. K,
                Cherry Hill, NJ 08034-3229
517759341     +GM FINANCIAL,   PO BOX 181145,   ARLINGTON, TX 76096-1145
517827358      Garden State Anesthesia Servvices PA,   Law Offices of Paul L Marks, PLLC,
                299 North Plaaaaaank Road, Ste 104,   Newburgh, NY 12550
517759342     +Holy Name Medical Center,   ATTN: Certified Credit & Collection Bur,   PO Box 1750,
                Whitehouse Station, NJ 08889-1750
517759346     +MOHELA/DEPT OF ED,   633 SPIRIT DR,   CHESTERFIELD, MO 63005-1243
517759353     +North Jersey Laproscopic Associates,   PO Box 175,   Demarest, NJ 07627-0175
517759354     +Palisades Medical Center,   ATTN: Certified Credit & Collection Bur,   PO Box 1750,
                Whitehouse Station, NJ 08889-1750
517759355     +Selip and Stylianou, LLP,   10 Forest Avenue,   Paramus, NJ 07652-5238
517759356     +Selip and Stylianou, LLP,   10 Forest Avenue,   Suite 300,   P.O. Box 914,
                Paramus, NJ 07653-0914
517759366     +TD BANK USA/TARGETCRED,   PO BOX 673,   MINNEAPOLIS, MN 55440-0673
517759367     +TOYOTA MOTOR CREDIT CO,   PO BOX 9786,   CEDAR RAPIDS, IA 52409-0004
517863435     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
517765657     +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517759333     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:26      COMENITYBANK/NY&CO,
                PO BOX 182789,   COLUMBUS, OH 43218-2789
517759334     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:26      COMENITYBANK/VICTORIA,
                PO BOX 182789,   COLUMBUS, OH 43218-2789
517759335     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:26      COMENITYBANK/WAYFAIR,
                PO BOX 182789,   COLUMBUS, OH 43218-2789
517759336     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:26      COMENITYCB/MYPOINTSRWD,
                PO BOX 182120,   COLUMBUS, OH 43218-2120
517759337     +E-mail/PDF: creditonebknotifications@resurgent.com May 14 2019 00:10:08      CREDIT ONE BANK NA,
                PO BOX 98875,   LAS VEGAS, NV 89193-8875
517759340     +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 14 2019 00:05:55      GENESIS BC/CELTIC BANK,
                268 S STATE ST STE 300,   SALT LAKE CITY, UT 84111-5314
517759343     +E-mail/Text: bncnotices@becket-lee.com May 14 2019 00:03:52      KOHLS/CAPONE,
                N56 W 17000 RIDGEWOOD DR,   MENOMONEE FALLS, WI 53051-7096
517794381      E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2019 00:09:34
                LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517794030      E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2019 00:09:33
                LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517794103      E-mail/Text: bkr@cardworks.com May 14 2019 00:03:33      MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517759344     +E-mail/Text: bkr@cardworks.com May 14 2019 00:03:33      MERRICK BANK CORP,   PO BOX 9201,
                OLD BETHPAGE, NY 11804-9001
517759345     +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2019 00:04:49      MIDLAND FUNDING,
                2365 NORTHSIDE DR STE 30,   SAN DIEGO, CA 92108-2709
517858329     +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2019 00:04:49      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
517835708     +E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2019 00:05:07      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517872777      E-mail/Text: bnc-quantum@quantum3group.com May 14 2019 00:04:43
                Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
                Kirkland, WA 98083-0788
517759359     +E-mail/Text: bankruptcy@sw-credit.com May 14 2019 00:04:54      SOUTHWEST CREDIT SYSTE,
                4120 INTERNATIONAL PKWY,   CARROLLTON, TX 75007-1958
517759360     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:25      SYNCB/AMAZON,   PO BOX 965015,
                ORLANDO, FL 32896-5015
517759361     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:08      SYNCB/EVINE,   PO BOX 965005,
                ORLANDO, FL 32896-5005
517759363     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:25      SYNCB/OLD NAVY,   PO BOX 965005,
                ORLANDO, FL 32896-5005
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: May 13, 2019
                              Form ID: 185             Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517759364       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:07      SYNCB/TJX COS,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517759365       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:08      SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
517766089       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517884112       +E-mail/Text: bncmail@w-legal.com May 14 2019 00:05:03      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517759347*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759348*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759349*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759350*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759351*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759352*     +MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
517759362*     +SYNCB/EVINE,    PO BOX 965005,    ORLANDO, FL 32896-5005
517759357*     +Selip and Stylianou, LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
517759358*     +Selip and Stylianou, LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
517759368*     +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                       TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low   on behalf of Debtor Maira  Zepeda rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```