**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maira Zepeda<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0620<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–28513–SLM

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maira Zepeda

<u>11/2/21</u>                                                                **By the court:** <u>Stacey L. Meisel</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-28513-SLM

Maira Zepeda                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 02, 2021 | Form ID: 3180W | Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maira Zepeda, 5808 Washington St., Apt 205, West New York, NJ 07093-1581 |
| 517759331 | + | 1ST CRD SRVC, 377 HOES LANE, PISCATAWAY, NJ 08854-4138 |
| 517759332 | + | CLLCN BUREAU OF THE HU, 155 NORTH PLANK RD, NEWBURGH, NY 12550-1747 |
| 517759338 | + | Englwood Laparoscopic & Bariatri, PO Box 8157, Englewood, NJ 07631-8157 |
| 517811057 | + | Ford Motor Credit Company, Attn: Morgan Bornstein & Morgan, 1236 Brace Rd. Ste. K, Cherry Hill, NJ 08034-3229 |
| 517827358 | | Garden State Anesthesia Servvices PA, Law Offices of Paul L Marks, PLLC, 299 North Plaaaaaank Road, Ste 104, Newburgh, NY 12550 |
| 517759342 | + | Holy Name Medical Center, ATTN: Certified Credit & Collection Bur, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517759346 | + | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759353 | + | North Jersey Laproscopic Associates, PO Box 175, Demarest, NJ 07627-0175 |
| 517759354 | + | Palisades Medical Center, ATTN: Certified Credit & Collection Bur, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517759356 | + | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 517759355 | + | Selip and Stylianou, LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 517863435 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517765657 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: BL-BECKET.COM | Nov 03 2021 00:18:00 | Toyota Motor Credito Corporation c/o BECKET & LEE, P.O. Box 3001 Dept., Malvern, PA 19355-0701 |
| 517759333 | + | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | COMENITYBANK/NY&CO, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517759334 | + | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517759335 | + | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | COMENITYBANK/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517759336 | + | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | COMENITYCB/MYPOINTSRWD, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 517759337 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 20:32:03 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517805814 | | EDI: BL-BECKET.COM | Nov 03 2021 00:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517759339 | + | EDI: AMINFOFP.COM | | |

Case 18-28513-SLM    Doc 51    Filed 11/04/21    Entered 11/05/21 00:12:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 3180W | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Nov 03 2021 00:18:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 517759340 | + EDI: PHINGENESIS | Nov 03 2021 00:18:00 | GENESIS BC/CELTIC BANK, 268 S STATE ST STE 300, SALT LAKE CITY, UT 84111-5314 |
| 517759341 | + EDI: PHINAMERI.COM | Nov 03 2021 00:18:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 517759343 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2021 20:29:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 517794381 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 20:32:03 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517794030 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 20:32:03 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517794103 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 20:32:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517759344 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 20:32:01 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 517759345 | + EDI: MID8.COM | Nov 03 2021 00:18:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517858329 | + EDI: MID8.COM | Nov 03 2021 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517835708 | + EDI: JEFFERSONCAP.COM | Nov 03 2021 00:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517872777 | EDI: Q3G.COM | Nov 03 2021 00:18:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517759359 | + EDI: SWCR.COM | Nov 03 2021 00:18:00 | SOUTHWEST CREDIT SYSTE, 4120 INTERNATIONAL PKWY, CARROLLTON, TX 75007-1958 |
| 517759360 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 517759361 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | SYNCB/EVINE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517759363 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517759364 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 517759365 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 517766089 | + EDI: RMSC.COM | Nov 03 2021 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517759366 | + EDI: WTRRNBANK.COM | Nov 03 2021 00:18:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 517884112 | + Email/Text: bncmail@w-legal.com | Nov 02 2021 20:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517759367 | + EDI: TFSR.COM | Nov 03 2021 00:18:00 | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 518370390 | EDI: BL-TOYOTA.COM | Nov 03 2021 00:18:00 | Toyota Motor Credit Corporation, c/o Becket and |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 3180W | Total Noticed: 46 |

Lee LLP, PO Box 3001, Malvern PA 19355-0701

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517759347 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759348 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759349 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759350 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759351 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759352 | *+ | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 517759362 | *+ | SYNCB/EVINE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517759357 | *+ | Selip and Stylianou, LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 517759358 | *+ | Selip and Stylianou, LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 517759368 | *+ | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 519333177 | ##+ | Dept. of Ed/Mohela, PO Box 105347, Atlanta, GA 30348-5347 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Maira Zepeda ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4